

STEVEN P. MINER
*Attorney-at-Law*

717-724-9821
Fax 717-724-9826
sminer@daleyzucker.com

August 31, 2017

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, Pennsylvania 17108-0908

**Re:** **Ashley R. McClead**
     **Bankruptcy Case No. 1-17-bk-01587-RNO**

Dear Gentleperson:

Please be advised that the Debtor, Ashley R. McClead's, address has changed effective immediately:

*1288 West King Street*
*1st Floor*
*York, PA  17401*

Thank you for your attention to this matter.

Very truly yours,

**DALEY ZUCKER**

*/s/ Steven P. Miner*

Steven P. Miner

*SPM/ame*