```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-01587-RNO
Ashley R. McClead                                                   Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2       Date Rcvd: Nov 02, 2017
                              Form ID: ordsmiss           Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
```
db           +Ashley R. McClead,    1288 West King Street,    1st Floor,    York, PA 17404-3439
4910546      +BELDEN JEWELERS/STERLING JEWELERS,    ATTN BANKRUPTCY,    PO BOX 1799,    AKRON OH 44309-1799
4910550      +CITIBANK/SEARS,    CITICORP CREDIT SERVICES,    ATTN CENTRALIZ,    PO BOX 790040,
               SAINT LOUIS MO 63179-0040
4910552      +COMMERCIAL ACCEPTANCE COMPANY,    2300 GETTYSBURG ROAD,    SUITE 102,    CAMP HILL PA 17011-7303
4910553      +DEERFIELD COMMONS II RENTAL OFFICE,    ATTN JULIA FREY,    100 DEERFIELD COMMONS,
               SHIPPENSBURG PA 17257-8559
4910559      +PENNSTATE HEALTH,    PO BOX 853,    HERSHEY PA 17033-0853
4910544      +STEVEN P. MINER,    DALEY ZUCKER MEILTON & MINER LLC,    635 N 12TH STREET,    SUITE 101,
               LEMOYNE PA 17043-1225
4910563      +US DEPT OF ED/GREAT LAKES,    ATTN BANKRUPTCY,    2401 INTERNATIONAL LANE,
               MADISON WI 53704-3121
4932054       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4910545      +EDI: GMACFS.COM Nov 02 2017 18:58:00      ALLY FINANCIAL,    PO BOX 380901,
               BLOOMINGTON MN 55438-0901
4910547      +EDI: CAPITALONE.COM Nov 02 2017 18:58:00      CAPITAL ONE,    ATTN  GENERAL CORRESPONDENCE,
               PO BOX 30285,    SALT LAKE CITY UT 84130-0285
4910548      +EDI: CAPITALONE.COM Nov 02 2017 18:58:00      CAPITAL ONE/SUZUKI,    ATTN  GENERAL CORRESPONDENCE,
               PO BOX 30285,    SALT LAKE CITY UT 84130-0285
4910549      +EDI: CAUT.COM Nov 02 2017 18:58:00      CHASE AUTO FINANCE,    NATIONAL BANKRUPTCY DEPT,
               201 N CENTAL AVE  MS  AZ1-1191,    PHOENIX AZ 85004-1071
4910551      +EDI: WFNNB.COM Nov 02 2017 18:58:00      COMENITY BANK/VICTORIA SECRET,    ATTN  BANKRUPTCY,
               PO BOX 182125,    COLUMUS OH 43218-2125
4910554      +EDI: IIC9.COM Nov 02 2017 18:58:00      IC SYSTEMS, INC.,    444 HIGHWAY 96 EAST,
               ST PAUL MN 55127-2557
4928944       EDI: CAUT.COM Nov 02 2017 18:58:00      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4910555      +E-mail/Text: unger@members1st.org Nov 02 2017 18:53:54      MEMBERS 1ST FCU,    5000 LOUISE DRIVE,
               MECHANICSBURG PA 17055-4899
4910556      +E-mail/Text: Bankruptcies@nragroup.com Nov 02 2017 18:54:02      NATIONAL RECOVERY AGENCY,
               2491 PAXTON STREET,    HARRISBURG PA 17111-1036
4910558      +E-mail/Text: blegal@phfa.org Nov 02 2017 18:53:32      PA HOUSING FINANCE AGENCY,    PO BOX 8029,
               HARRISBURG PA 17105-8029
4960472       EDI: PRA.COM Nov 02 2017 18:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4910561      +E-mail/Text: baninfo@princeparker.com Nov 02 2017 18:53:21      PRINCE PARKER & ASSOC INC,
               PO BOX 474690,    CHARLOTTE NC 28247-4690
4910557      +E-mail/Text: bankruptcynotices@psecu.com Nov 02 2017 18:53:49      PSECU,    ATTN  BANKRUPTCY,
               PO BOX 67013,    HARRISBURG PA 17106-7013
4935245       EDI: Q3G.COM Nov 02 2017 18:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
4910562      +EDI: RMSC.COM Nov 02 2017 18:58:00      SYNCB BANK/AMERICAN EAGLE,    ATTN  BANKRUPTCY,
               PO BOX 965064,    ORLANDO, FL 32896-5064
4910564      +EDI: ECMC.COM Nov 02 2017 18:58:00      US DEPT OF EDUCATION,    ATTN  BANKRUPTCY,    PO BOX 16448,
               SAINT PAUL MN 55116-0448
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4910543*     +Ashley R. McClead,    1288 West King Street,    1st Floor,    York, PA 17404-3439
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Steven P. Miner    on behalf of Debtor 1 Ashley R. McClead sminer@daleyzucker.com,
           aewing@daleyzucker.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ashley R. McClead<br>**Debtor(s)** | Chapter 13 |
| | Case No. 1:17−bk−01587−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 2, 2017

By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CGambini, Deputy Clerk